# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

COUNTY

Index #: __08 CIV 6420__
Date Purchased: __July 17, 2008__
Date Filed: _____
Court Date: _____

ATTORNEY(S): Kathleen A. Zebrowski Esq. : U.S. Attorney's Office - SDNY   PH: 212-637-2710
ADDRESS: 86 Chambers Street New York N.Y. 10007   File No.:

### UNITED STATES OF AMERICA,
vs.
### WAYNE PINEDO,

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU   SS.:

____HARRY TORRES____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ____August 12, 2008____ at ____5:58 PM____ at ____1919 MADISON AVE. APT 202 NEW YORK, NY 10035-2718____, deponent served the within **Summons and Verified Complaint**

with Index Number ____08 CIV 6420____, and Date Purchased ____July 17, 2008____ endorsed thereon,

on: **WAYNE PINEDO**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ]  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [X]  By delivering a true copy of each to ____ANNA PINEDO - RELATIVE____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X]  On ____August 13, 2008____, deponent completed service under the last two sections by depositing a copy of the ____Summons and Verified Complaint____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of _____ at _____
on the ___ day of _____ at _____
on the ___ day of _____ at _____
on the ___ day of _____ at _____

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex __Female__ Color of skin __Tan__ Color of hair __Black__ Age __36 - 50 Yrs.__ Height __5' 0" - 5' 3"__
(use with #1, 2 or 3) Weight __100 - 130 lbs.__ Other Features: _____

**#8 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [X]  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [ ]

Sworn to before me on this ____ day of ____August, 2008____

| BARBARA A. SHURGIN | STEVEN M SHURGIN | STEPHANIE GALLICAN | HARRY TORRES |
|---|---|---|---|
| NOTARY PUBLIC, State of New York | NOTARY PUBLIC, State of New York | NOTARY PUBLIC, State of New York | Server's Lic # 091525/ |
| No. 30-5004737, Qualified in Nassau County | No. 01SH6190198, Qualified in Nassau County | No. 01GA6190672, Qualified in Nassau County | Work Order # 0834315 |
| Commission Expires November 23, 2010 | Commission Expires July 28, 2012 | Commission Expires July 28, 2012 | |

**CAPITAL PROCESS SERVERS, INC.** 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382