ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                :

          Plaintiff,                :

    - v -                                    :      DEFAULT JUDGMENT

WAYNE PINEDO,                            :      08 CIV 6420 (SAS)

          Defendant.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       This action having been commenced by the filing of a complaint and the issuance of a summons on July 17, 2008; a copy of the summons and complaint having been served on the defendant by leaving a copy with a person of suitable age and discretion at the defendant's place of residence, to wit, Anna Pinedo, a relative, on August 12, 2008; proof of such service having been filed with the Clerk of the Court on August 19, 2008; defendant not having appeared, answered or made any motion with respect to the complaint; the time for defendant to appear, answer or make any motion with respect to the complaint having expired, the Clerk of this Court having duly entered the annexed certificate of entry of default of defendant; and sufficient proof having been adduced that defendant is not in the military service of the United States and is not an infant or an incompetent person;

NOW, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for plaintiff, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against defendant in the principal sum $3,888.45, plus $8,310.44, representing interest at the rate of 9 percent per annum as of September 3, 2008, together with and costs and disbursements in the sum of $400.00, amounting in all to the sum of $12,598.89, with interest thereafter from the date of judgment as provided by law, and that plaintiff have execution therefor.

Dated: New York, New York
September 4, 2008

_____
UNITED STATES DISTRICT JUDGE

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :

              Plaintiff,     :

            - v -           :       DEFAULT JUDGMENT

WAYNE PINEDO,                       :       08 CIV 6420 (SAS)

             Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This action having been commenced by the filing of a complaint and the issuance of a summons on July 17, 2008; a copy of the summons and complaint having been served on the defendant by leaving a copy with a person of suitable age and discretion at the defendant's place of residence, to wit, Anna Pinedo, a relative, on August 12, 2008; proof of such service having been filed with the Clerk of the Court on August 19, 2008; defendant not having appeared, answered or made any motion with respect to the complaint; the time for defendant to appear, answer or make any motion with respect to the complaint having expired, the Clerk of this Court having duly entered the annexed certificate of entry of default of defendant; and sufficient proof having been adduced that defendant is not in the military service of the United States and is not an infant or an incompetent person;

NOW, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for plaintiff, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against defendant in the principal sum $3,888.45, plus $8,310.44, representing interest at the rate of 9 percent per annum as of September 3, 2008, together with and costs and disbursements in the sum of $400.00, amounting in all to the sum of $12,598.89, with interest thereafter from the date of judgment as provided by law, and that plaintiff have execution therefor.

Dated: New York, New York
September 4, 2008

_____
UNITED STATES DISTRICT JUDGE